1

2

3

4

5

6

7

8                          United States District Court

9                        Eastern District of California

10

11

12  Jesse Simkins,

13          Plaintiff,                     No. Civ. S 04-1433 DFL PAN P

14       vs.                               Order

15  Foothill Orthopedic Medical
    Clinic, et al.,
16
                Defendants.
17

18                                    -oOo-

19       Plaintiff is a prisoner proceeding in forma pauperis and

20  without counsel in a civil rights action.

21       The United States Marshal has returned process directed to

22  defendant D. Sydenstricker unserved because this defendant no

23  longer works at the Sierra Conservation Center and the department

24  of corrections could not locate him or her.  Plaintiff must

25  provide new information about where this defendant may be served

26  with process.  Plaintiff may seek such information through

1   discovery, the California Public Records Act, California

2   Government Code § 6250, et seq., or any other means available but

3   must proceed with haste because Fed. R. Civ. P. 4(m) requires an

4   action be dismissed as to a defendant not served within 120 days

5   after filing the complaint unless the time is enlarged based upon

6   a demonstration of good cause.  If plaintiff's access to the

7   required information is denied or unreasonably delayed, plaintiff

8   may seek judicial intervention.

9       Accordingly:

10       1.  The clerk of the court shall mail plaintiff one form

11   USM-285 and a copy of the pleading filed July 21, 2004.

12       2.  Within 90 days from the date this order is signed,

13   plaintiff may submit the attached Notice of Submission of

14   Documents with a completed form USM-285 providing instructions

15   for service of process upon defendant D. Sydenstricker and two

16   copies of the pleading provided to plaintiff.

17       3.  If plaintiff does not provide new instructions for

18   service of process upon defendant D. Sydenstricker within the

19   time allowed or show good cause for such failure I will recommend

20   this action be dismissed as to that defendant.

21       So ordered.

22       Dated:  July 7, 2005.

23

                            /s/ Peter A. Nowinski

24                             PETER A. NOWINSKI

                            Magistrate Judge

25

26

United States District Court

Eastern District of California

Jesse Simkins,

        Plaintiff,        No. Civ. S 04-1433 DFL PAN P

    vs.                Notice of Submission of Documents

Foothill Orthopedic Medical
Clinic, et al.,

        Defendants.

-oOo-

    Plaintiff hereby submits the following documents in

compliance with the court's order filed _____:

        ____ completed summons form

        ____ completed forms USM-285

        ____ copies of the _____
                         Complaint

Dated: _____

                _____
                Plaintiff